JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERRY L. B.,[1]<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O' MALLEY,[2]<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:23-cv-09205-FWS-DTB<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge filed herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: October 4, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Fred W. Slaughter
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this action. Fed. R. Civ. P. 25(d).

1